# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL JASON PENDELTON,      : No. 9 WM 2015

         Petitioner          :

         v.          :

COURT OF COMMON PLEAS OF      :
ALLEGHENY COUNTY,          :

         Respondent

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.